Townsend (Edward B. Thomas, of counsel), for appellant. John L. Brower, for respondent.

PER CURIAM. The judgment and order are affirmed, with costs, on the opinion filed by McADAM, J., the learned trial judge (29 N. Y. Supp. 1123), upon the denial of the motion for a new trial.

SOLDIERS' ORPHANS' HOME OF ST. LOUIS v. SAGE et al. (Supreme Court, General Term, First Department. March 15, 1895.) Action by the Soldiers' Orphans' Home of St. Louis against Russell Sage and others. No opinion. Judgment affirmed, with $10 costs and disbursements.

SOLDIERS' ORPHANS' HOME OF ST. LOUIS v. SAGE et al. (Supreme Court, General Term, First Department. March 15, 1895.) Action by the Soldiers' Orphans' Home of St. Louis against Russell Sage and others. No opinion. Order vacating order for examination affirmed, with $10 costs and disbursements, with leave to renew upon proper affidavits upon payment of the motion costs below, and of $10 costs and disbursements of this appeal.

STURGES et al., Respondents, v. COX et al., Appellants. (Supreme Court, General Term, First Department. February 15, 1895.) Action by Susie M. Sturges and others against A. Beekman Cox and others, executors, etc. Geo. C. Lay, for appellants. Wm. R. Page, for respondents. No opinion. Order affirmed, with $10 costs.

SWIFT v. SWIFT. (Supreme Court, General Term, Third Department. February 26, 1895.) Action by Margaret A. Swift against Charles H. Swift. No opinion. Motion to resettle order granted. Order resettled as proposed. See 28 N. Y. Supp. 1119.

THOMAS, Appellant, v. GAGE, Respondent. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by William H. Thomas against William B. Gage. No opinion. Judgment affirmed, with costs. See 20 N. Y. Supp. 269.

TOWN OF FT. COVINGTON v. U. S. & R. R. CO. et al. (Supreme Court, General Term, Third Department. February 12, 1895.) No opinion. Order affirmed, with $10 costs and printing and other disbursements.

TOWNSEND, Respondent, v. AULD, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Theodore H. Trund, for appellant. Louis F. Murray, for respondent. No opinion. Motion by plaintiff (respondent) for reargument. Motion denied, with $10 costs. See 31 N. Y. Supp. 29.

TOWNSEND, Appellant, v. KENT, Respondent. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Mercy A. Townsend against Daniel Kent. A. M. Card, for appellant. F. S. Barnum, for respondent. No opinion. Judgment affirmed, with $10 costs and disbursements.

VAN RENSSALAER, Appellant, v. GOODWIN et al., Respondents. (Supreme Court, General Term, First Department. February 15, 1895.) Action by Cortlandt S. Van Rensselaer against Lorenzo Goodwin and others. A. E. Woodruff, for appellant. Henry A. Prince, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WALLACE, Respondent, v. DINNINY, Appellant. (Common Pleas of New York City and County, General Term. April 1, 1895.) John J. Adams, for appellant. Geo. W. McAdam, for respondent. Motion by defendant (appellant) in the alternative, for reargument of the appeal, or for leave to appeal to the court of appeals from the judgment of affirmance. 32 N. Y. Supp. 159.

BISCHOFF, J. Nothing is found in the points upon which this motion is founded which could alter the conclusion as originally reached upon the questions presented by the appeal (Wallace v. Dinniny [Com. Pl.] 32 N. Y. Supp. 159); and no point of law is now raised which was not considered in reaching that conclusion, or which could have involved a contrary result if urged at that time. Hence a reargument is not to be ordered. Mount v. Mitchell, 32 N. Y. 702. That there was no evidence in the case from which the jury could have found a surrender of the lease originally executed by the parties is clear to us, and there is no novel question of law involved which would authorize our granting the leave asked to appeal to the court of last resort. Nor does the determination of this action affect interests other than those of the parties before the court. Consistently, therefore, with the rules which are to guide the court in disposing of applications of this character (Spofford v. Rowan, 14 Daly, 236; Butterfield v. Radde, 38 N. Y. Super. Ct. 44; Fulton v. Insurance Co., 2 Misc. Rep. 55, 20 N. Y. Supp. 989; White v. Balta, 7 Misc. Rep. 662, 28 N. Y. Supp. 3), this motion must be denied. Motion denied, with $10 costs.

WATROUS, Respondent, v. WALTER A. WOOD MOWING & REAPING MACH. CO., Appellant. (Supreme Court, General Term, Third Department. February 12, 1895.) Action by Earl G. Watrous against the Walter A. Wood Mowing & Reaping Machine Company. No opinion. Judgment affirmed, with costs.

WERLEIN, Appellant, v. TOWER MANUFACTURING & NOVELTY CO., Respondent. (Common Pleas of New York City and County, General Term. April 1, 1895.) Action by Jacob Werlein against the Tower Manufacturing & Novelty Company. Daniel S. Decker, for appellant. Charles H. Williams, for respondent.

BISCHOFF, J. Upon the evidence in this case, we find no justification for a reversal of the judgment rendered in favor of the defendant. There was some conflict of testimony, but upon the main points of the litigation the record discloses a preponderance of evidence in favor of the prevailing party. It appears that the work for which this action is brought was performed at the request of one Peter Mead in making repairs upon certain trucks controlled